No. 00–765. VINSON ET AL. *v.* COLOM ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–779. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* POLSTON. C. A. 9th Cir. Certiorari denied.

No. 00–780. BOERSIG *v.* UNION ELECTRIC CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–783. THE PITT NEWS *v.* FISHER ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–785. HABR *v.* WORLD SAVINGS AND LOAN ASSN. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–786. GATENA *v.* COUNTY OF ORANGE. C. A. 11th Cir. Certiorari denied.

No. 00–791. BASTROP COUNTY *v.* JANES. C. A. 5th Cir. Certiorari denied.

No. 00–796. BOON INSURANCE AGENCY *v.* AMERICAN AIRLINES, INC., ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 00–803. MEDLOCK *v.* WOOD. C. A. 9th Cir. Certiorari denied.

No. 00–804. OSBORNE, ADMINISTRATRIX OF THE ESTATE OF OSBORNE, DECEASED *v.* CAMBRIDGE TOWNSHIP. Commw. Ct. Pa. Certiorari denied.

No. 00–806. VADIE *v.* MISSISSIPPI STATE UNIVERSITY. C. A. 5th Cir. Certiorari denied.

No. 00–823. OGATA ET VIR *v.* J. G. CONSTRUCTION CO., INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–867. CLARK *v.* SLATER, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir. Certiorari denied.

No. 00–898. HASKINS *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 6th Cir. Certiorari denied.